**Order entered June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01606-CR
No. 05-14-01607-CR
No. 05-14-01608-CR

**JOE LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-41242-X, F13-41243-X, F13-41244-X**

## ORDER

The Court **REINSTATES** the appeals.

On May 20, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We also ordered the trial court to prepare and file completed certifications of appellant's right to appeal for the cases. On June 16, 2015, we received the reporter's record, but we have not yet received the certifications of appellant's right to appeal. Accordingly, we **VACATE** the May 20, 2015 order to the extent it requires findings regarding the reporter's record.

We **ORDER** the trial court to prepare certifications of appellant's right to appeal for these cases that accurately reflect the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d);

*Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). The completed certifications are due within **FIFTEEN DAYS** of the date of this order.

We **DENY** appellant's June 1, 2015 pro se motion to file a brief. Appellant is represented by counsel and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

Appellant's brief is due within thirty days of the date of this order.

/s/      LANA MYERS
JUSTICE